Atcheson *v.* Atcheson, Appellant.

Argued November 16, 1966. *John I. Hook, Jr.,* with him *Hook and Hook,* for appellant; *James B. F. Rinehart,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the

opinion that the court below properly granted a decree in divorce in this case.

WRIGHT, J., dissented.